UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

DWAYNE CLAYTON LEATHERWOOD          Case No. 13-17154-RBR

Chapter 7

     Debtor.
_____/

**TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF ATTORNEY
*NUNC PRO TUNC* TO APRIL 10, 2013**

Trustee, Kenneth A. Welt (the "Trustee"), respectfully requests, *ex parte,* an order of the court authorizing the employment of Adam Marshall and the law firm of Marshall Grant, P.L., to represent the Trustee in this case *nunc pro tunc* to April 10, 2013, and states:

1. It is necessary that the Trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2. The attorney does not hold or represent any interest adverse to the estate and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

3. Attached to this motion is the proposed attorney's affidavit demonstrating that Adam Marshall and Marshall Grant, P.L. are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014.

4. The attorney has agreed to be compensated in accordance with 11 U.S.C. §330.

5. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on his relations with and responsibilities to the Debtor, creditors and other parties.

The Trustee respectfully requests an order authorizing the employment of Adam Marshall and Marshall Grant, P.L. to represent the Trustee, pursuant to 11 U.S.C. §§327 and 330, *nunc pro tunc* to April 10, 2013.

        Respectfully submitted,

        /s/ Kenneth A. Welt
        KENNETH A. WELT
        Chapter 7 Trustee

**MARSHALL GRANT, P.L.**
Proposed Attorneys for the Trustee
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  amarshall@marshallgrant.com

By:   /s/ Adam D. Marshall
      ADAM D. MARSHALL
      Florida Bar No. 579823

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of May, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served today on the Debtor, the Trustee, the attorney for the Debtor, the United States Trustee, and any other party who has filed an appearance in this case by CM/ECF.

        /s/ Adam D. Marshall
        ADAM D. MARSHALL